# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JIMMIE D. WILKINS,** )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Petitioner, )<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　)　　　**CIV-22-01-RAW-KEW**<br>　　　　　　　　　　　　　　　　)<br>**SCOTT NUNN, Warden,**　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Respondent. ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Pottawatomie County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Western District of Oklahoma** for all further proceedings.

Dated this 3rd day of January, 2022.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE